UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BILLMARTIN, et al.,

        Plaintiff,

vs.

BIOLAB, INC., et al.,

        Defendant.

CIVIL ACTION FILE

NO. 1:05-cv-835-CC

## J U D G M E N T

This action having come before the court, Honorable Clarence Cooper, United States District Judge, for consideration of defendant's Motion for Final Judgment pursuant to Rule 54(b), and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiffs are entitled to no relief from defendant Gallagher Bassett Services, Inc., and that defendant Gallagher Bassett Services, Inc., is **dismissed** from this action **with prejudice**.

Dated at Atlanta, Georgia, this 25th day of July, 2008.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                                          By: <u>s/Velma Shanks</u>
                                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  July 25, 2008
James N. Hatten
Clerk of Court

By: <u> s/Velma Shanks    </u>
       Deputy Clerk