IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BILL MARTIN, et al., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| vs. : | |
| : | 1:05-CV-0835-CC |
| BIOLAB, INC., et al., : | |
| : | |
| Defendant. : | |

**ORDER**

Insofar as the record reflects that Defendants BioLab, Inc., Great Lakes Chemical Corporation, and Chemtura Corporation filed a petition for relief under Chapter 11 of Title 11 of the United States Code on March 18, 2009, this action has been automatically stayed by operation of 11 U.S.C. § 362 and accordingly will be marked closed by the Clerk of Court for statistical purposes. The Court will retain jurisdiction, and the case will be restored to the trial docket upon motion of a party indicating that circumstances have changed such that the case may proceed. This Order shall not prejudice the rights of the parties to the litigation in any manner.

SO ORDERED this 31st day of March, 2009.

s/ CLARENCE COOPER

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE