UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BILL MARTIN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE |
| | ) | No. 1:05 CV 835 CC |
| v. | ) | |
| | ) | |
| BIO-LAB, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

THIS COURT has reviewed the Joint Motion Pursuant to Fed.R.Civ.P. 23(e) for Approval to Voluntarily Dismiss Case with Prejudice. The Court FINDS that the claims asserted in this action have been subsumed in and approved as part of the settlement class in In re Chemtura Corporation et al., S.D.N.Y. Bankr. Case No. 09-11233 (REG).

Accordingly, the Court hereby GRANTS the requested APPROVAL under Fed.R.Civ.P. 23(e), and ORDERS that this putative class action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this __10th__ day of __February__, 2011.

                                         ___s/ CLARENCE COOPER___
                                         United States District Judge